IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-00291-CMA-MEH

KATHERINE LUTHER,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having reviewed the Notice of Dismissal With Prejudice (Doc. # 5) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED: March __18__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge